

Illinois | New Jersey | New York | Ohio | Oregon

Javier L. Merino*
Direct Dial: 201-355-3440
Facsimile: 216-373-0536
Email: JMerino@DannLaw.com

November 2, 2018

**Filed Via ECF/CM**

Honorable Judge John Koeltl
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re: *Delgadillo v. Century 21 Department Stores, LLC, 1:18-cv-09937*

Dear Honorable Judge Koeltl:

Please accept this letter as notification that the parties have reached a settlement in principal relative to the above matter. The parties respectfully request that the Court stay all deadlines for 30 days. Upon execution of the Agreement, the parties will submit a joint stipulation of settlement and dismissal.

Sincerely,

 /s/ Javier L. Merino, Esq.
*Attorney for Plaintiff*

Cc:   Shira M. Blank
      sblank@ebglaw.com

DannLaw
1 Meadowlands Plaza, Suite 200
East Rutherford, New Jersey 07071

DannLaw.com
[877] 475-8100

*Licensed in NJ and NY
1