## EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
DESMOND DELGADILLO, an individual

                Plaintiff,

    - against -

CENTURY 21 DEPARTMENT STORES LLC, a New
York limited liability company,

                Defendant.
----------------------------------------x

Case No.: 1:18-cv-09937 (JGK)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: November 13, 2018

_____
Javier L. Merino, Esq.

**DANNLAW**
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
E-mail: jmerino@dannlaw.com
Phone: (216) 373-0539
*Attorneys for Plaintiff*

SO ORDERED:

_____

Hon. John G. Koeltl

_____
Joshua A. Stein, Esq.
Shira M. Blank, Esq.
Maxine A. Adams, Esq.
**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Ave.
New York, NY 10177
E-mail: jstein@ebglaw.com
Phone: (212) 351-4660
*Attorneys for Defendant*

Date: _____

16